STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................

EUGENE RUOFF                                                                   08 CV 4324

      against    Plaintiff(s)

Life Insurance Company of North America

             Defendant(s)

..................................................................................

RE : Life Insurance Company of North America

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on May 12, 2008 at Albany, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

  Riemer & Associates, LLC
  Attorney(s) at Law
  60 East 42nd Street, Suite 2430
  New York, New York 10165

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

  Legal Department
  Life Insurance Company of North America
  1601 Chestnut Street
  Philadelphia, Pennsylvania 19192

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, May 12, 2008
Defendant letter was certified at the Albany Post Office on Tuesday,
May 13, 2008 at 1 :30 P.M. by Cynthia LaPoint
431671  C.A.#191299