UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EUGENE RUOFF,                                    :

                        Plaintiff,        :        08 Civ. 4324 (SHS)

      - against -                            :
                                               **Notice of Appearance**

LIFE INSURANCE COMPANY OF NORTH AMERICA,   :

                     Defendants.     :

------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant Life Insurance Company of North America.

I certify that I am admitted to practice in this Court.

Dated:   White Plains, New York
           June 2, 2008

                                        Respectfully submitted,

                          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                          DICKER LLP

                          By: _____
                              Fred N. Knopf (FNK 4625)
                              Emily A. Hayes (EH 5243)
                              *Attorneys for the Defendants*
                              3 Gannett Drive
                              White Plains, New York 10604
                              (914) 323-7000

2007178.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Emily A. Hayes*

Emily A. Hayes (EH 5243)
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

2007178.1