JUN-02-2008 12:01 From:RIEMER & ASSOCIATES 2122970730          To:19143237001          P.2/2
Jun. 2. 2008 11:07AM              2122970730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EUGENE RUOFF,

                        Plaintiff,    :    08 Civ. 4324 (SHS)

           - against -

LIFE INSURANCE COMPANY OF NORTH AMERICA, :    **Stipulation Extending Time to Answer**

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant, that the time for defendant to answer, make any motion in response to the Complaint or otherwise respond to the Complaint in the captioned action is extended to and including June 23, 2008.

    IT IS FURTHER AGREED that the defendant waives any defenses relating to sufficiency of service.

    IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: White Plains, New York
         June 2, 2008

_____                  _____
Scott M. Riemer, Esq.                        Emily A. Hayes (EH-5243)
Riemer & Associates LLC               Wilson Elser LLP
*Attorneys for Plaintiff*                   *Attorneys for Defendant*
60 E. 42nd Street, Suite 2430          3 Gannett Drive
New York, NY 10165                   White Plains, New York 10604
(212) 297-0700                           (914) 323-7000

So Ordered 6/2/08

2006513.1

RECEIVED TIME  JUN. 2.  12:38PM

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/2/08]