UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EUGENE RUOFF,                                          :

                Plaintiff,    :       08 Civ. 4324 (SHS)

    - against -                                    :
                                                        **Corporate Disclosure**
LIFE INSURANCE COMPANY OF NORTH AMERICA, :     **Statement**

                Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Life Insurance Company of North America certifies the following:

      Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated: White Plains, New York
       June 20, 2008

                                                WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

                                               By: /s/ Emily A. Hayes
                                               Fred N. Knopf (FNK 4625)
                                               Emily A. Hayes (EH 5243)
                                               3 Gannett Drive
                                               White Plains, New York 10604-3407
                                               Phone (914) 323-7000
                                               Facsimile (914) 323-7001

2026682.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            s/Emily A. Hayes
                                            Emily A. Hayes (EH 5243)
                                            3 Gannett Drive
                                            White Plains, New York 10604-3407
                                            Phone (914) 323-7000
                                            Facsimile (914) 323-7001
                                            emily.hayes@wilsonelser.com

2026682.1