UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EUGENE RUOFF,                               :

               Plaintiff,             :

    -against-                                :

LIFE INSURANCE CO. OF NORTH AMERICA,   :

              Defendant.            :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

08 Civ. 4324 (SHS) (RLE)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: _____ |
| | | ___ | Habeas Corpus |
| XX | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ___ |

Dated: New York, New York
       July 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.