```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EUGENE RUOFF,                                       :        08 Civ. 4324 (SHS)

                Plaintiff,               :

    -against-                                         :        ORDER

LIFE INSURANCE CO. OF NORTH AMERICA,  :

                Defendant.             :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

    1.    The last day for completion of discovery is October 31, 2008;

    2.    Motions shall be filed and served on or before December 12, 2008; and

    3.    There will be a pretrial conference on December 12, 2008, at 10:30 a.m.

Dated: New York, New York
       July 25, 2008

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.