RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York  10165
(212) 297-0700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EUGENE RUOFF                                              08 CV 4324 (SHS)

                          Plaintiff,                     PLAINTIFF'S DISCOVERY
                                                         RESPONSE
                                                         PURSUANT TO
                      -against-                          RULE 26(a)

CIGNA LIFE INSURANCE COMPANY
OF NORTH AMERICA,

                          Defendant.
-----------------------------------------------------------------X

Plaintiff, by Riemer & Associates LLC, responding to the discovery mandated by Rule 26(a) of the Federal Rules of Civil Procedure provides as follows:

The following initial disclosure is made based on the information reasonably available to plaintiff as of the date of this statement.  By making this disclosure, plaintiff does not represent that he is identifying every document, tangible thing, or witness possibly relevant to this lawsuit, nor does plaintiff waive his right to object to the production of any documents or tangible thing on the basis of privilege, the work product doctrine, relevancy, undue burden or any other valid objection.  Rather, plaintiff's disclosure represents his good faith effort to identify information subject to the disclosure requirements of Rule 26(a)(1).

A.    The following individuals are likely to have discoverable information relevant to the complaint:

Plaintiff

Plaintiff's Treating Providers

Richard Horowitz, M.D.
Hudson Valley Healing Arts Center, Inc.
4232 Albany Post Road
Hyde Park, NY 12538

John Fallon, F.N.P.
Hudson Valley Healing Arts Center, Inc.
4232 Albany Post Road
Hyde Park, New York 12538

John Keilp, Ph.D.
Columbia University Medical Center
Lyme and Tick-Borne Diseases Research Center
1051 Riverside Drive
New York, NY 10032


Others

John and Margarete Ruoff
7 Emil's Drive
Gardiner, NY 12525

Karin Ruoff
225 Guilford Rd.
New Paltz, NY 12561

        B.      The following categories of relevant documents are in the possession of

plaintiff:  Medical records and reports; Correspondence with CIGNA; CIGNA Forms; Plan

documents; Social Security Disability records.

        C.      The following are categories of damages requested by plaintiff:

        Monthly disability benefits equal to 60% of Indexed Covered Earnings
commencing April 13, 2007, plus interest thereon and attorneys fees and costs.

        D.      Upon information and belief, there are no relevant insurance agreements.

DATED:     New York, New York
                  August 12, 2008

                                     RIEMER & ASSOCIATES LLC
                                     Attorneys for Plaintiff
                                     Office and Post Office Address
                                     60 East 42nd Street, 47th Floor
                                     New York, New York  10165
                                     (212) 297-0700

                                   By:                               
                                      Scott M. Riemer (SR5005)

TO:    Emily Hayes, Esq.
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        3 Gannett Drive
        White Plains, NY  10604-3407
        914-323-7000