## CERTIFICATE OF SERVICE

    I hereby certify that I am the attorney for Plaintiff and that, on August 12, 2008, I caused to be served by first class mail a true and correct copy of PLAINTIFF'S DISCOVERY RESPONSE PURSUANT TO RULE 26(a) to the following:

TO:    Emily Hayes, Esq.
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        3 Gannett Drive
        White Plains, NY  10604-3407
        914-323-7000

Dated: New York, New York
        August 12, 2008

_____
SCOTT M. RIEMER (SR5005)
60 East 42nd Street, Suite 2430
New York, New York  10165
(212) 297-0700